**IN THE CIRCUIT COURT OF THE COUNTY OF ST. LOUIS**
**STATE OF MISSOURI**

| | | |
|---|---|---|
| Health Net of Arizona, Inc. d/b/a Arizona Complete Health, | ) ) ) | Case No. 29SL-CC01932 |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| US Health Systems, LLC, d/b/a USHS, | ) ) | |
| Defendant. | ) | |

**NOTICE TO PLAINTIFF OF REMOVAL OF CASE**
**TO FEDERAL DISTRICT COURT**

To the following counsel for Plaintiff Health Net of Arizona, Inc. d/b/a Arizona Complete Health:

> Aaron Chickos, No. 62072
> Andy Krokstrom, No. 74728
> Sarah Hellmann, No. 74728
> HUSCH BLACKWELL LLP
> 8001 Forsyth Blvd. Suite 1500
> St. Louis, MO 63105
> Phone: 314.480.1500
> Facsimile: 314.480.1505
> aaron.chickos@huschblackwell.com
> andy.krokstrom@huschblackwell.com
> sarah.hellmann@huschblackwell.com

Please take notice that on March 23, 2026, Defendant US Health Systems, LLC, d/b/a USHS ("USHS") removed this civil action from the Circuit Court of St. Louis County, Missouri, to the United States District Court for the Eastern District of Missouri. A copy of the notice of removal, without exhibits, is attached.

1

Dated: March 23, 2026

Respectfully Submitted,

**GM LAW PC**

*/s/ David B. Helms*
David B. Helms (MO#48941)
8000 Maryland Avenue, Suite 1060
St. Louis, MO 63105
(314) 474-1750
(816) 471-2221 fax
davidh@gmlawpc.com

Benjamin D. Mooneyham (MO#65341)
1201 Walnut Street, Suite 2000
Kansas City, MO 64106
(816) 471-7700
(816) 471-2221 fax
benm@gmlawpc.com

*Attorneys for Defendant US Health Systems, LLC,
d/b/a USHS*

2

## <u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that on this 23rd day of March 2026, the forgoing was filed electronically with the Clerk of Court using the Court's online filing system, and the foregoing was also sent via email to:

Aaron Chickos, No. 62072
Andy Krokstrom, No. 74728
Sarah Hellmann, No. 74728
HUSCH BLACKWELL LLP
8001 Forsyth Blvd. Suite 1500
St. Louis, MO 63105
aaron.chickos@huschblackwell.com
andy.krokstrom@huschblackwell.com
sarah.hellmann@huschblackwell.com
***Attorneys for Plaintiff***

/s/ *David B. Helms*
***Attorney for Defendant***

3