**UNITED STATES DISTRICT COURT FOR THE**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| Health Net of Arizona, Inc. <br> d/b/a Arizona Complete Health, | ) <br> ) <br> ) | |
| Plaintiff, | ) <br> ) | Case No. 4:26-cv-00417-CMS |
| | ) | Removed from the Circuit Court |
| v. | ) <br> ) | of St. Louis County, State of <br> Missouri, State Case No.: 26SL- |
| US Health Systems, LLC, d/b/a USHS, | ) | CC01932 |
| | ) | |
| Defendant. | ) | |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

Defendant US Health Systems, LLC d/b/a USHS ("USHS") respectfully moves this Court for an Order extending USHS's time to answer or otherwise respond to the Complaint, up to and including, April 13, 2026. In support of this Motion, USHS states as follows:

1. On February 19, 2026, Plaintiff Health Net of Arizona, Inc. d/b/a Arizona Complete Health (Health Net) filed a Petition in St. Louis County Circuit Court, case number 26SL-CC01932.

2. On February 20, 2026, counsel for USHS agreed to waive service of the Petition.

3. On March 23, 2026, USHS timely removed the Petition to this Court. In accordance with the federal rules of civil procedure, USHS will hereafter refer to the Petition as the "Complaint."

4. Because USHS had not answered prior to removal, its deadline to respond to the Complaint is March 30, 2026. Fed. R. Civ. P. 81(c)(2).

5. The current version of the Complaint on the Court's docket is the redacted publicly filed version that was filed with the Circuit Court.

6.   USHS requests a two-week extension until April 13, 2026, to answer or otherwise respond in order to allow USHS additional time to investigate the allegations and allow the parties additional time to clarify the record with any necessary sealing motions to allow the Court to evaluate the full, unredacted documents at issue.

7.   This is USHS's first request for an extension, and the extension is sought in good faith and not for the purpose of undue delay. No other extensions have been requested in this Action.

8.   Counsel for USHS conferred with counsel for Health Net, and Health Net consents to the relief requested herein.

WHEREFORE, Defendant US Health Systems, LLC d/b/a USHS respectfully requests that this Court extend its time to answer or otherwise respond until April 13, 2026.

Dated: March 27, 2026                    Respectfully Submitted,

**GM LAW PC**

/s/ David B. Helms
David B. Helms (MO#48941)
8000 Maryland Avenue, Suite 1060
St. Louis, MO 63105
(314) 474-1750
(816) 471-2221 fax
davidh@gmlawpc.com

Benjamin D. Mooneyham (MO#65341)
1201 Walnut Street, Suite 2000
Kansas City, MO 64106
(816) 471-7700
(816) 471-2221 fax
benm@gmlawpc.com

2

**ARNALL GOLDEN GREGORY LLP**

Brian R. Stimson (*pro hac vice forthcoming*)
Jeremy Ritter-Wiseman (*pro hac vice forthcoming*)
Kevin Lake (*pro hac vice forthcoming*)
2100 Pennsylvania Avenue NW, Suite 350S
Washington, DC 20037
Telephone: 202-677-4948
brian.stimson@agg.com
jeremy.ritter-wiseman@agg.com
kevin.lake@agg.com

***Attorneys for Defendant***

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 27th day of March 2026, the foregoing was filed electronically with the Clerk of Court using the Court's CM/ECF System, and the foregoing was also sent via email to:

Aaron Chickos
Andy Krokstrom
Sarah Hellmann
8001 Forsyth Blvd. Suite 1500
St. Louis, MO 63105
Phone: 314.480.1500
Facsimile: 314.480.1505
aaron.chickos@huschblackwell.com
andy.krokstrom@huschblackwell.com
sarah.hellmann@huschblackwell.com
*Attorneys for Plaintiff*

/s/ *David B. Helms*
*Attorney for Defendant*

4