UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| Health Net of Arizona, Inc. | ) | |
| d/b/a Arizona Complete Health, | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 4:26-cv-00417-CMS |
| v. | ) | |
| | ) | |
| US Health Systems, LLC, d/b/a USHS | ) | |
| Defendant. | ) | |
| | ) | |

**CONSENT MOTION FOR**
**EXTENSION OF TIME TO RESPOND TO MOTION TO DISMISS**

Plaintiff Health Net of Arizona, Inc. d/b/a Arizona Complete Health ("Health Net") respectfully requests an extension of seven days (7), until May 4, 2026, for USHS to respond to USHS's Motion to Dismiss [Dkt. No. 22]. In support of its motion, Health Net states the following:

1.      On April 14, 2026, USHS filed its Motion to Dismiss in the United States District Court for the Eastern District of Missouri in the above-captioned matter. [Dkt. No. 22].

2.      Health Net's responsive pleading is currently due on April 27, 2026.

3.      Because of preexisting travel and hearing/deposition obligations of counsel for Health Net, Health Net asked USHS for a one week extension of time to respond to USHS's Motion to Dismiss.

4.      On April 15, 2026, USHS consented to Health Net's request for a seven-day extension of time. Under the extension, Health Net's response would be due on May 4, 2025.

5.      This is Health Net's first request to extend the deadline to respond to the Motion to Dismiss.

6.      This request is not brought for the purpose of delay and will not prejudice any party.

WHEREFORE, Plaintiff Health Net respectfully asks the Court to grant this unopposed motion to extend the deadline for Health Net to respond to Defendant USHS's Motion to Dismiss by seven (7) days, until May 4, 2026.

Dated: April 22, 2026                    Respectfully submitted,

**HUSCH BLACKWELL LLP**

By: */s/ Sarah C. Hellmann*
    Sarah C. Hellmann, No. 50373MO
    Aaron Chickos, No. 62072MO
    Andrew J. Krokstrom, No. 74728MO
    8001 Forsyth Blvd., Suite 1500
    St. Louis, MO  63105
    Phone:     314-480-1500
    Facsimile: 314-480-1505
    sarah.hellmann@huschblackwell.com
    aaron.chickos@huschblackwell.com
    andy.krokstrom@huschblackwell.com

*Attorneys for Plaintiff Health Net of Arizona, Inc. d/b/a Arizona Complete Health*

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 22nd day of April 2026, a copy of the foregoing document was filed with the Clerk of the Court and served upon counsel of record via the Court's ECF system.

/s/ Sarah C. Hellmann